

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06cr1303-H |
| Plaintiff, | ) | DATE: September 18, 2006 |
| | ) | TIME: 9:00 a.m. |
| v. | ) | |
| ANTONIO ROSAS, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-captioned case, currently scheduled for September 18, 2006, be continued to October 23, 2006 at 9:00 p.m..
**SO ORDERED.**

DATED: 9/14/06

MARILYN L. HUFF
United States District Judge